UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

EUGENE FLEMONS,

      Defendant.

Case No. 2:24-cr-20553
Hon. Matthew F. Leitman

---

**FIRST AMENDED PRELIMINARY ORDER OF FORFEITURE (ECF NO. 30) AND FINAL ORDER OF FORFEITURE AS TO ROMARM/CUGIR MICRO DRACO PISTOL**

---

On November 13, 2025, this Court entered a Preliminary Order of Forfeiture against Defendant Eugene Flemons (ECF No. 30) ordering the forfeiture forfeiting his interest in the following property to the United States:

- SMITH & WESSON M&P 15 Rifle CAL:556 SN:TV22810 (24-ATF-032328)

- ROMARM/CUGIR MICRO DRACO Pistol CAL:762 SN:1985SBF1305 (24-ATF-032329)

- GLOCK INC. 44 Pistol CAL:22 SN: AFTP081 (24-ATF-032332)

- Unknown Bulldog Shotgun CAL:12 SN:12BD206886 (24-ATF-032330)

- GLOCK GMBH 33GEN4 Pistol CAL:357 SN: bwwv698 (24-ATF-032334)

- Unknown XD-9 Pistol CAL:9 SN: XD276971 (24-ATF-032336)

- RUGER RUGER-57 Pistol CAL:57 SN:64373246 (24-ATF-032338)

- SARSILMAZ (SAR ARMS) B6 Pistol CAL:9 SN: T1102-21e56521 (24-ATF-032342)
- SMITH & WESSON .32 D/A 3RD MODEL Revolver CAL:32 SN:15441 (24-ATF-032345)

- TAURUS INTERNATIONAL G2C Pistol CAL:9 SN: AEC178400 (24-ATF-032346)

- 100 Rounds Assorted Ammunition CAL:223 (24-ATF-032326)
- 18 Rounds Assorted Ammunition CAL:762 (24-ATF-032327)
- 11 Rounds Assorted Ammunition CAL:12 (24-ATF-032331)
- 20 Rounds Assorted Ammunition CAL:22 (24-ATF-032333)
- 22 Rounds Assorted Ammunition CAL:357 (24-ATF-032335)
- 15 Rounds Assorted Ammunition CAL:9 (24-ATF-032337)
- 20 Rounds Assorted Ammunition CAL:57 (24-ATF-032341)
- 15 Rounds Assorted Ammunition CAL:9 (24-ATF-032343)
- 24 Rounds Assorted Ammunition CAL:9 (24-ATF-032347)
- 36 Rounds Assorted Ammunition CAL:556 (24-ATF-032348)
- 4 Rounds Assorted Ammunition CAL:57 (24-ATF-032349)
- 8 Rounds Assorted Ammunition CAL:357 (24-ATF-032350)
- 22 Rounds Assorted Ammunition CAL:357 (24-ATF-032351)
- 30 Rounds Assorted Ammunition CAL:12 (24-ATF-032352)
- 29 Rounds Assorted Ammunition CAL:49 (24-ATF-032353)
- 12 Rounds Assorted Ammunition CAL:357 (24-ATF-032354)
- 19 Rounds Assorted Ammunition CAL:57 (24-ATF-032355)
- 4 Rounds Assorted Ammunition CAL:12 (24-ATF-032356)
- 30 Rounds Assorted Ammunition CAL:223 (24-ATF-032357)
- 50 Rounds Assorted Ammunition CAL:223 (24-ATF-032359)
- 21 Rounds Assorted Ammunition CAL:45 (24-ATF-032360)
- 26 Rounds Assorted Ammunition CAL:9 (24-ATF-032362)

The United States filed an application requesting that the Court enter an Amendment to the Preliminary Order of Forfeiture and Final Order of Forfeiture to recognize Patrick Micun's ownership in the ROMARM/CUGIR MICRO DRACO Pistol CAL:762 SN:1985SBF1305 (24-ATF-032329) ("Subject Firearm"), and to allow the government to release the Subject Firearm to Patrick Micun when it is no longer needed as evidence in this case.

Based upon the government's application and the record in this case the Court finds that there is good cause to grant the government's application.

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT the Preliminary Order of Forfeiture is amended as follows:

The United States is authorized to return the ROMARM/CUGIR MICRO DRACO Pistol CAL:762 SN:1985SBF1305 (24-ATF-032329) ("Subject Firearm") to Patrick Micun when it is no longer needed as evidence in this case provided that Mr. Micun is not prohibited under 18 U.S.C. § 922 from possessing a firearm when the Subject Firearm is available for return.

This is the final order of forfeiture as it pertains to the ROMARM/CUGIR MICRO DRACO Pistol CAL:762 SN:1985SBF1305 (24-ATF-032329).

3

The Court shall retain jurisdiction to enter any further orders necessary to amend or enforce this Order, pursuant to Federal Rule of Criminal Procedure 32.2(e).

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 5, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 5, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

4